**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rungphet O. Buapha,<br><br>　　　　Plaintiff<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>　　　　Defendant | 2:15-cv-01870-JAD-GWF<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF No. 27] |

Rungphet Buapha appeals an administrative law judge's decision to deny various disability benefits[1] and moves to have that decision reversed and remanded to the Social Security Administration (SSA).[2] The SSA cross moves to affirm it.[3] Magistrate Judge George Foley recommends that I deny Buapha's motion to reverse and remand and grant the SSA's cross motion to affirm.[4]

The deadline to object to Judge Foley's recommendation was January 26, 2018.[5] That deadline has come and gone, and Buapha has remained silent.[6] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[7] Accordingly, IT IS

---

[1] ECF No. 1-1.

[2] ECF No. 21.

[3] ECF No. 25.

[4] ECF No. 27.

[5] *Id.*

[6] *See generally* docket report case no. 2:15-cv-01870-JAD-GWF.

[7] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 27] is ACCEPTED and ADOPTED**. Buapha's motion to reverse and remand **[ECF No. 21] is DENIED**, and the SSA's cross motion to affirm **[ECF No. 25] is AFFIRMED**.

    The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

    DATED: February 16, 2018.

_____
U.S. District Judge Jennifer A. Dorsey